UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:26-mj-000158 |
| | : | Assigned To: Judge Upadhyaya, Moxila A. |
| **v.** | : | Assign. Date: 9/10/2026 |
| | : | Description: COMPLAINT W/ARREST WARRANT |
| **ANTWON JAMES SOCKWELL,** | : | **Filed Under Seal** |
| | : | |
| **Defendant.** | : | |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent Greg Nagurka, being duly sworn, state:

## I. AFFIANT'S BACKGROUND

1. I am a Special Agent with the United States Department of Justice, United States Attorney's Office for the District of Columbia ("USAO-DC"). I am assigned to the Criminal Investigations Unit, where I have been employed since September 2025. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. I am responsible for investigating violations of Federal criminal law and the District of Columbia criminal code.

2. Previously, I was employed as a Special Agent with the National Aeronautics and Space Administration ("NASA"), Office of Inspector General ("OIG"), Office of Investigations, from January 2017 to September of 2025. I completed the Criminal Investigator Training Program, as well as the Inspector General Investigative Training Program, at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to NASA OIG, I was employed as a Police Officer and Detective with the Metropolitan Police Department of Washington ("MPD"), District of Columbia,

from March 2005 to January 2017. There, I attended the MPD Police Officer Academy and MPD Investigator course.

3. I am assigned to this investigation and base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein.

4. This affidavit is not intended to include every fact and matter observed by me or known to the government relating to the subject matter of this investigation. Instead, this affidavit contains only those facts which are necessary to establish probable cause exists.

## II. INTRODUCTION

5. This affidavit is made in support of a criminal complaint charging ANTWON SOCKWELL ("SOCKWELL") with one count of stalking in violation of 18 U.S.C. § 2261A(1)(A)(iv) and conspiracy to make interstate communications with intent to extort in violation of 18 U.S.C. § 371 and 18 U.S.C. § 875(d). This affidavit is also submitted in support of an arrest warrant for SOCKWELL.

6. As detailed below, there is probable cause that SOCKWELL entered into a conspiracy to steal the VICTIM's Siberian Husky dog, "Ice," in order to force the VICTIM to provide SOCKWELL's co-conspirators with a vehicle. SOCKWELL's two co-conspirators, CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2, stole Ice on the morning of July 11, 2026 and made threatening phone calls and text messages to the VICTIM regarding Ice and the vehicle. SOCKWELL and his co-conspirators then drove from Washington, D.C. to Maryland to demand the vehicle from the VICTIM in person. When the VICTIM did not provide the vehicle,

SOCKWELL and his co-conspirators returned to Washington, D.C. and shot Ice in the head in an alley adjacent to SOCKWELL's residence.

## III. PROBABLE CAUSE

1. On July 11, 2026, at approximately 1:28 p.m., MPD officers learned that ShotSpotter—an acoustic gunshot detection technology—had detected a gunshot in an alley located at the 4000 block of D Street SE, Washington, D.C. MPD officers responded to that alley, where they located a deceased Siberian Husky which appeared to have a gunshot wound to his head.

2. An MPD detective responded to the scene and observed the deceased dog along with a single 9mm shell casing located in close proximity. A DC Humane Rescue Alliance officer also responded and used a chip reader, which revealed that the dog's registered owner had an address in Suitland, Maryland.

3. Two detectives responded to the owner's address and spoke with the dog's owner, the VICTIM, who stated that earlier in the day, CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2 stole "Ice," his Siberian Husky, from his house. The VICTIM explained that CO-CONSPIRATOR 2 was his sister and CO-CONSPIRATOR 1 was CO-CONSPIRATOR 2's boyfriend. The VICTIM also provided detectives with the phone number ending in x4264 for CO-CONSPIRATOR 1, and ending in x4490 for CO-CONSPIRATOR 2.

4. According to the VICTIM, CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2 stole Ice because of a dispute over the VICTIM's vehicle. The VICTIM stated that on or about July 8, 2026, the VICTIM retook possession of the keys to a vehicle from CO-CONSPIRATOR 2 and refused to let CO-CONSPIRATOR 2 drive the vehicle. The VICTIM added that after he took the vehicle keys and removed CO-CONSPIRATOR 2's belongings from the vehicle, he received

a call from CO-CONSPIRATOR 2 in which she expressed her frustration with not being able to use the vehicle.

5. The next day, on or about July 9, 2026, CO-CONSPIRATOR 1 called the VICTIM around 6:37 p.m. and said that he "would see [the VICTIM] soon" before hanging up the phone.

6. During the interview, the VICTIM also provided text messages and discussed phone calls related to threatening statements he had received from CO-CONSPIRATOR 1.

7. At the VICTIM's residence, detectives reviewed two cameras facing the door to the VICTIM's residence and the parking lot in front of the residence, respectively. One camera showed that on July 11, 2026, at approximately 7:14 a.m., a black female wearing black clothing walked from the direction of the VICTIM's front door toward the parking lot. Ahead of her was a black male wearing a white shirt with a dog resembling a Siberian Husky.

8. An additional surveillance camera in close proximity to the VICTIM's residence captured the same black male with dreadlocks wearing a white shirt with a Siberian Husky on a leash. The male can be seen with the dog near the parking lot while the same black female wearing black clothing walked toward them. A partially obscured vehicle that appears to be dark in color can be seen perpendicular to the cars parked in the parking lot.

9. A detective showed WITNESS 1, a member of the VICTIM's family who lives at the same location as the VICTIM, the footage of the male with the dog. WITNESS 1 confirmed the dog was Ice, the VICTIM's dog, and that the male was CO-CONSPIRATOR 1, who she had known for approximately eight years. WITNESS 1 also identified the female wearing black clothing captured in the video footage as CO-CONSPIRATOR 2, who is a family member related to WITNESS 1 and the VICTIM.

10. On or about July 11, 2026, at approximately 7:24 a.m., CO-CONSPIRATOR 1 sent the VICTIM a text message: "I heard they got your heart man. I heard it ain't coming back." At or around 9:52 a.m., CO-CONSPIRATOR 1 sent the VICTIM another text message: "Whenever you're ready to bring my keys in [sic] my title, let me know cause other than that everybody gonna be missing something[.]"

11. At approximately 10:43 a.m., WITNESS 1 called the VICTIM and told him "Ice" was missing from the residence. Upon receiving the call, the VICTIM returned to the residence.

12. At approximately 11:50 a.m., the VICTIM received a call from CO-CONSPIRATOR 1 stating something to the effect of "you know what's up" before terminating the call. Around this time, the VICTIM called 911 to report the theft of "Ice" and spoke with Prince George's County Police Department, who responded to the residence.

13. At approximately 12:20 p.m., CO-CONSPIRATOR 1 called the VICTIM again and stated, "Whenever you ready to give us the key and title let me know." The VICTIM said he told CO-CONSPIRATOR 1, "Whenever you ready to bring my dog, I'm ready." CO-CONSPIRATOR 1 then stated he was on his way to the residence and told the VICTIM to take the tags off the vehicle before the meeting.

14. At approximately 1:15 p.m., CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and an individual unknown to the VICTIM (whom your Affiant has reason to believe was SOCKWELL as described below) arrived at the VICTIM's residence in a dark gray Nissan Altima sedan, at which point the following sequence of events unfolded:

a. The VICTIM approached the vehicle and spoke about Ice with the unknown individual seated in the backseat.

b. The VICTIM observed CO-CONSPIRATOR 1 in the driver's seat and CO-CONSPIRATOR 2 in the passenger's seat but did not see Ice.

c. The unknown individual asked the VICTIM for the keys to the vehicle that was the subject of the dispute.

d. The unknown individual told the VICTIM that his dog was "safe," but the VICTIM did not provide the car keys because Ice was not present.

e. The dark gray Nissan Altima sedan then sped away (driven by CO-CONSPIRATOR 1).

15. At around 1:23 p.m., CO-CONSPIRATOR 1 sent the VICTIM the following text message: "All dawgs [sic] go to," and "Anything you wanna say last?"

16. At or around 1:28 p.m., approximately five minutes after the foregoing text messages were sent to the VICTIM, ShotSpotter detected the gunshot in the rear alley of the 4000 block of D Street SE, Washington D.C. (which led officers to discover Ice).

17. According to footage your Affiant reviewed from a camera affixed to a residence on the 4000 block of D St. SE, Washington, D.C., two individuals are visible exiting the alley on foot at or around 1:28 p.m.

18. At or around 1:32 p.m., a second video depicts a gray vehicle exiting the alley and making a left onto the 4000 block of D St. SE, Washington, D.C. The vehicle appears consistent with the Nissan Altima in which CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and the individual unknown to the VICTIM arrived at the VICTIM's residence.

19. At or around 1:47 p.m., CO-CONSPIRATOR 1 sent the VICTIM text messages stating, "They said he gone[.]"

20. On August 7, 2026, your Affiant received jail calls from the Prince George's County Department of Corrections corresponding to CO-CONSPIRATOR 1's inmate pin number during a brief unrelated incarceration over approximately several days leading up to the theft and shooting of Ice (CO-CONSPIRATOR 1 was released on or about the early hours of July 9, 2026).

Your Affiant conducted a preliminary review of the jail call transcripts and identified the following relevant information:

a. On July 8, 2026, at approximately 9:06 a.m., CO-CONSPIRATOR 1 called CO-CONSPIRATOR 2 at the same phone number that the VICTIM provided as CO-CONSPIRATOR 2's phone number. CO-CONSPIRATOR 2 told CO-CONSPIRATOR 1 that the VICTIM had taken CO-CONSPIRATOR 2's car keys.

b. At approximately 1:53 p.m., CO-CONSPIRATOR 1 called CO-CONSPIRATOR 2, who stated "I said since you wanna take my motherf***ing keys, I'm gonna take your motherf***ing dog."

c. At approximately 6:35 p.m., CO-CONSPIRATOR 1 called CO-CONSPIRATOR 2, who said: "Twan[1] could do it and I can text him when [VICTIM] go in the room and close his door because that's what he do. He sit outside, he smoke, he walk the dogs and then he'll come in his room and close the door and put the dogs in the room with him. So, I think when I do all, yeah, I think I'm gonna just let Twan chill in the car on the street and then I'll text him the signal and I'll tell him to mask up, walk around and the, you know he already gonna have an all-black mask up and come and do this thing."

d. At approximately 7:47 p.m., CO-CONSPIRATOR 1 called CO-CONSPIRATOR 2, who stated "I'm gonna let you trace and phone and walk your bitch a*s dogs 'cause you're lucky I ain't poisoning them motherf***ers yet." CO-CONSPIRATOR 1 replied, "You should go put some bleach in their water right now." CO-CONSPIRATOR 2 stated "I already did it before to Vader.[2] Had that n**** puking his whole f***ing body out."

e. At approximately 6:21 p.m., an individual in jail ("WITNESS 2") called a phone number ending in x9686, which is associated with SOCKWELL (discussed in more detail below). WITNESS 2 stated that CO-CONSPIRATOR 1 was with him in the cell, using a nickname.[3] Another voice, consistent with CO-CONSPIRATOR 1's voice on other jail calls, indicated CO-CONSPIRATOR 2 would request help from SOCKWELL by saying "she gonna tell you come out."

f. At approximately 1:16 p.m. on July 10, 2026, WITNESS 2 called the phone number ending in x9686 and two male voices discussed the vehicle situation between CO-CONSPIRATOR 2, CO-CONSPIRATOR 1, and the VICTIM. The man believed to be SOCKWELL stated "We are going to post a n****. We're gonna talk to him, see what it is. If not man, you gonna L him out. I'm gonna go in his pocket and take the keys and we just gonna knock him out."

[1] SOCKWELL's first name is ANTWON.

[2] Vader is another dog residing in the same residence as the VICTIM but owned by WITNESS 1.

[3] According to a law enforcement database, CO-CONSPIRATOR 1 has a tattoo of the nickname on the right side of his stomach. CO-CONSPIRATOR 2 also referred to CO-CONSPIRATOR 1 using the nickname in a July 9, 2026 jail call.

21. CO-CONSPIRATOR 2 also called the phone number ending in x9686 on July 10, 2026, the day before Ice was shot, at 8:03 a.m., 8:36 a.m., and 11:24 a.m.

22. The phone number ending in x9686 is associated with SOCKWELL's cell phone. According to T-Mobile US Inc., the subscriber corresponding to the number was a female with an address on the 2000 block of Bowen Road SE, Washington, D.C. On June 16, 2026, SOCKWELL had called 911 to report that the female was unresponsive. When MPD arrived at the scene on that date, SOCKWELL was there with the female's unresponsive body and stated that she was his "girl." The female was pronounced dead at the scene telephonically by a medical doctor. SOCKWELL identified himself and provided MPD with two phone numbers as his contact information, including the phone number ending in x9686.

23. SOCKWELL has continued to use the phone number ending in x9686 since June 16, 2026, including during the time period when the crimes discussed herein were committed and to discuss the conspiracy with CO-CONSPIRATOR 1 on jail calls, as discussed above.

24. SOCKWELL also lives in an apartment building adjacent to the alley where Ice's body was found. According to law enforcement databases, SOCKWELL resides in an apartment on the 400 block of Ridge Road SE, Washington, D.C. The building is adjacent to the alley where Ice was shot and where two individuals were on video running immediately after ShotSpotter detected the gunshot.

25. On July 24, 2026, members of the USAO-DC and MPD met with the VICTIM to conduct a photo array that contained a photo of SOCKWELL among eight other filler photos. A USAO-DC Criminal Investigations Unit special agent with no prior knowledge of the case conducted the photo array with the VICTIM and stated the VICTIM did not identify any photograph in the photo array.

26. Your Affiant has received cell site location information and other data for the phone number used by SOCKWELL ending in x9686 from T-Mobile. The records include cell site data, which indicates the cell phone towers that the relevant cell phone used to connect to T-Mobile's network at various times. Your Affiant has also received similar cell site data from Verizon corresponding to the phone numbers used by CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2 during the relevant period.

27. Cell site location information from Verizon shows that CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2's phones connected to cell towers in the immediate vicinity of SOCKWELL's apartment at or around 7:33 a.m. on July 11, 2026, which is under 20 minutes after CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2 were depicted on video taking Ice from the VICTIM's residence. Moreover, cell site location information from T-Mobile shows that the cell phone used by SOCKWELL connected to a cell tower from approximately 7:00 a.m. to 12:50 p.m. in the immediate vicinity of the alley where Ice was shot, which appears to indicate that SOCKWELL was at or near home when CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2 arrived in the area after taking Ice from the VICTIM's residence. The cell phone used by SOCKWELL was at or near his residence from at or around the time that CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2 stole Ice to the time when he departed for the VICTIM's residence.

28. The cellular records indicate that at or around 1:12 p.m. on July 11, 2026, CO-CONSPIRATOR 1 and CO-CONSPIRATOR 2's cell phones connected to a cellular tower located approximately 4000 feet from the VICTIM's residence in Suitland, Maryland. The cellular records indicate that at or around 1:12 p.m. on July 11, 2026, the cell phone used by SOCKWELL connected to a cellular tower approximately 2,764 feet from the VICTIM's residence.

29. Based on your Affiant's review of the cellular data, the cell phone used by SOCKWELL then returned to the general area where Ice was shot and was present there within a minute of the ShotSpotter event. The cellular records indicate that at or around 1:28:06 p.m. on July 11, 2026 the cell phone used by SOCKWELL was connected to a cellular tower located approximately 426 feet from the alley on the 4000 block of D St. SE where Ice's body was found. The cell phone used by SOCKWELL was present there within a minute of the gunshot detected by ShotSpotter and approximately five minutes after CO-CONSPIRATOR 1 text messaged the VICTIM "All dawgs [sic] go to," and "Anything you wanna say last?"

## IV. CONCLUSION

Based upon the facts and circumstances contained in this affidavit, your Affiant believes there is probable cause to issue an arrest warrant for SOCKWELL for violating 18 U.S.C. § 2261A(1)(A)(iv), 18 U.S.C. § 371, and 18 U.S.C. § 875(d).

Respectfully submitted,

Greg Nagurka
Special Agent
United States Attorney's Office for the
District of Columbia

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on September 10, 2026.

MOXILA A. UPADHYAYA
Magistrate Judge